# UNITED STATES DISTRICT COURT

for the

## EASTERN DISTRICT OF CALIFORNIA

CASE: 2:25-CV 2169-DC-CKD (PS)

## COMPLAINT FOR DECLATORY AND INJUNCTIVE RELIEF

(First and Fifth Amendment Violations-Bivens Action)

**ALAMIN SAMAD,**
1.Plaintiff,

**DERRICK WHITE,**

2.Plaintiff,

**JOHNNY RICE,**

3.Plaintiff,

**FILED**

AUG 0 4 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

    Vs.

**MARTHA BOERSCH, in her individual and official capacity,**

1. Defendant,

**MACK JENKINS, in his individual and official capacity,**

2. Defendant,

**JOHN DOES, 1-10, in their individual and official capacities,**

3.Defendants,

**ALAMIN SAMAD**
59 W Lincoln Ave Apt. 203
WOODLAND CA 95695
(916) 720-1674

# UNITED STATES DISTRICT COURT

*for the*

### EASTERN DISTRICT OF CALIFORNIA

CASE:

**COMPLAINT FOR DECLATORY AND INJUNCTIVE RELIEF**

(First and Fifth Amendment Violations-Bivens Action)

**ALAMIN SAMAD,**

1.Plaintiff,

**2.DERRICK WHITE,**

Plaintiff,

**3.JOHNNY RICE,**

Plaintiff,

**Vs.**

**MARTHA BOERSCH,**

1.Defendant, in official and individual capacity.

**MACK JENKINS,**

2.Defendant, in official and individual capacity.

**JOHN DOE 1-10**

3.Defendants, in official and individual capacities.

**I. INTRODUCTION**

1

1.  1. This is a civil rights action looking for declaratory and injunctive relief against officials in
2.  the United States Attorney's Office for a pattern of unconstitutional misconduct. For
3.  more than three years, Plaintiff and others have given valid criminal complaints
4.  concerning judicial corruption and abuse of authority.
5.  2. These complaints were sent through certified mail, served in person by a professional
6.  process server, and followed by repeated inquiries. Despite these efforts, the U.S.
7.  Attorney's Office took no action, made no, acknowledgement, and did not respond.
8.  3. On information and belief, this pattern of non-response specifically affected complaints
9.  sent by African American individuals. Similar complaints given by non-Black individuals
10.  were treated differently, in violation of the Equal Protection principals incorporated in the
11.  Fifth Amendment.
12.  4. Defendant's conduct also violates the First Amendment right to petition the government
13.  for redress and constitutes a denial of meaningful access to justice based on race.
14.  5. Each defendant is a public official acting under the color of law within the scope of their
15.  official duties. Defendants are public officials required to be bonded following applicable
16.  law. Plaintiff intends to seek bonding information during the discovery process to support
17.  third-party liability under Uniform Bonding Code Section 5.2.
18.  **II. JURISDICTION AND VENUE**
19.
20.  6. This court has authority following 28 U.S.C. Section1331 (federal question) and the
21.  doctrine of Bivens v. Six Unknown Named Agents 403 U.S. 388(1971).
22.  7. Venue is proper in this District under Section 28 U.S.C. Section 1391 because he events
23.  giving rise to these claims occurred here.
24.
25.  **III. PARTIES**
26.

2

1   8. Plaintiff ALAMIN SAMAD is an African American resident of Woodland California who
2      given multiple criminal complaints about judicial misconduct. **ADDRESS:** 59 W Lincoln
3      Ave Apt. 203, **ZIP:** 95695 **PH:** (916) 720-1674, **E-mail:** ased1958@gmail.com.
4   9. Plaintiff DERRICK WHITE is an African American individual currently incarcerated at
5      Valley State Prison found in Chowchilla California who given multiple criminal
6      complaints about judicial misconduct. **ADDRESS:** C2-10-2L. P.O. Box-92, **ZIP:** 93610.
7   10. Plaintiff JOHNNY RICE  is an African American individual currently incarcerated at Valley
8      State Prison found in Chowchilla California who given multiple criminal complaints
9      about judicial misconduct. **ADDRESS:** C2-28-3-L, P.O. Box-92, **ZIP:** 93610.
10  11. Defendant MARTHA BOERSCH at relevant times, was a supervisory official in the United
11     States Attorney's Office for the Northern District acting under color of federal law.
12     **ADDRESS:** CRIMINAL DIVISION 450 Golden Gate Avenue P.O. Box-36055 San Francisco
13     California **ZIP:** 94102 **PH:** (415) 436-7234.
14  12. Defendant had actual or constructive knowledge that complaints given by African
15     American individuals were not being processed, responded to, or investigated, and did
16     not take corrective action.
17  13. Defendant MACK JENKINS at relevant times, was a supervisory official in the United
18     States Attorney's Office for the Central District acting under color of federal law.
19     **ADDRESS:** CRIMINAL DIVISION 312 North Spring Street 12th Floor Los Angeles California
20     **ZIP:** 90012 **PH:** (213) 894-2400.
21  14. Defendant had actual or constructive knowledge of complaints given by African
22     American individuals were not being processed, responded to or investigated, and did
23     not take corrective action.
24  15. Defendants John Does 1 through 10 are presently unidentified officials, employees, or
25     agents of the United States Attorney's Office who took part in, directed, condoned, or did
26     not intervene in the refusal to process Plaintiff's complaints. The plaintiff will amend this
27     complaint to substitute their true names once named through discovery.
28
29                        **IV. FACTUAL BACKGROUND**

3

1

2   16. Between 2021 and 2024, Plaintiff gave valid criminal complaints involving evidence of

3       misconduct by judges working in both Sacramento County Eastern District and Los

4       Angeles County Central District U.S. District Courts as well as the Superior courts .

5   17. These complaints were sent through certified U.S. Mail, (with tracking and return receipt)

6       personal service by licensed process server, and follow-up calls and letters. **(See:**

7       **EXHIBIT[S] Filed along with these proceedings for** Declaration of Zena Green p.p.1-3;

8       Declaration of Diane Johnson p.p.4-8.; Declaration of Shirley Smith p.p.9-10**.)**

9   18. The U.S. Attorney's Office did not confirm receipt, investigate, or respond in anyway was

10      over a multi-year period.

11  19. On information and belief, complaints from non-African American individuals during the

12      same period were acknowledged and processed.

13  20. The plaintiff's race was known or reasonably ascertainable from the complaint material.

14

15                      **V. CLASS ACTION ALLEGATIONS**

16

17  21. Plaintiff brings this action pursuant to Rules 23(a), 23(b), and\or 23(b)(3) of the Federal

18      Rules Of Civil Procedure in behalf of a class defined as: "All African American individuals

19      who between 2021 and 2024, who submitted complaints to the U.S. Attorney's Office for

20      the Northern and Central District of California and received no acknowledgment,

21      response, or investigation despite using official channels."

22  22. The class is so numerous that the joinder of all members is impracticable.

23  23. There are shared questions of law and fact, including the pattern of discriminatory

24      treatment to process complaint as well as does the U.S. Attorney's Office have a policy

25      or practice ignoring complaints from African Americans? Did supervisory officials know

26      of and condone these practices?

27  24. Class representative's experiences mirror those of class submission via proper

28      channels, followed by systematic non-response.

4

1    25. The class representative will fairly and adequately protect the interests of the class.

2    26. Class -wide relief is proper under Rule 23(b)(2) because of the conduct applies generally

3        to the class.

4                                    **VI. CLAIMS FOR RELIEF:**

5    27. **COUNT I-**Violation of First Amendment (Right to Petition)

6    28. Defendant's refusal to accept, process, or acknowledge Plaintiff's complaints violates

7        the First Amendment right to petition the government for redress of grievances.

8    29. **COUNT II** – Violation of the Fifth Amendment (Equal Protection Component).

9    30. Defendants acted with intent or reckless disregard for the disparate treatment of African

10       complaints, including Plaintiff.

11   31. **COUNT III** – Supervisory Liability under the First and Fifth Amendments (Bivens)
12   32. Defendants in supervisory positions knew or reasonably should have known of the

13       refusal to act on complaints given by African Americans individuals and did not

14       intervene.

15   33. Their failure to act was a direct and proximate cause of Plaintiff's constitutional injuries.

16   34. Plaintiffs realleges paragraphs 1-26.

17                                   **VII. RELIEF REQUESTED:**

18   35. **WHEREFORE,** Plaintiff respectfully requests that this court:

19       A. Declare the Defendant's practices violate the First and Fifth Amendments to the U.S.
20          Constitution

21       B. Declare the Uniform Bonding code (UBC), Section 5.2, is applicable to the
22          defendants in their official capacities, Section 5.2 provides that all public officials
23          and officers are required to be bonded for faithful performance of their duties, and
24          that failure to perform such duties in accordance with the law gives rise to liability on
25          the bond. Therefore, judicial determination is necessary to declare the applicability
26          of UBC Section 5.2, for the purposes of holding accountable, at later stage, the
27          bonding or surety companies liable for indemnification and compensation due to the

                                              5

1    misconduct alleged herein. This declaratory relief is essential to establish a legal

2    basis for joinder or later action against the bonding entities that insured the

3    performance of the defendants' official duties, in anticipation of further proceedings

4    seeking full remedy and enforcement of rights.

5    C. Enjoin Defendants from continuing to ignore or not processing complaints based on

6    race.

7    D. Order implementation of race-neutral, publicity accessible complaint procedures

8    and supervisory oversight.

9    E. Award punitive damages against individual Defendants for willful and malicious

10    misconduct.

11    F. Award attorney's fees and costs (to the extent applicable under Bivens and 28 U.S.C.

12    Section 2412).

13    G. Grand such other and further relief as the Court deems just and proper.

15    VIII.DEMAND FOR JURY TRIAL:

16  37. Per Fed.R.Civ.P. 38(b), Plaintiffs demands a right to jury trial by jury on all issues so triable.

17 DATE: 08/04/25
19 ALAMIN SAMAD
20 Pro Se
21 59 W. Lincoln Ave. Apt.203
22 Woodand CA. #95695
23 (916) 720-1674
24 E-Mail: ased1958@gmail.com

6

# UNITED STATES DISTRICT COURT

*for the*

EASTERN DISTRICT OF CALIFORNIA

(First and Fifth Amendment Violation-Bivens Action)

CASE:

## EXHIBITS IN SUPPORT OF COMPLAINT FOR DECLATORY AND INJUNCTIVE RELIEF

**ALAMIN SAMAD, et al.,**

Plaintiff,

v.

**MARTHA BOERSCH, et al.,**

Defendants.

**Case No.:**

## EXHIBIT[S]

PAGE

1. DECLARATION OF ZENA GREEN                    1.

    (A) CERTIFIED MAIL RECIEPT                   2.

    (B) POSTAL SERVICE RECIEPT                   3.

1

1    2. DECLARATION OF DIANE JOHNSON                                4.

2    (A) PROCESS SERVER SWORN STATEMENT OF SERVICE        5.

3    (B) CERTIFIED MAIL RECIEPT                                      6.

4    (C) POSTAL SERVICE RECIEPT                                      7-8.

5    3. DECLARATION OF SHIRLEY SMITH                              9.

6    (A) CERTIFIED MAIL RECIEPT                                     10.

## DECLARATION OF ZENA GREEN

1. My name is Zena Green,

2. I do solemnly swear that the following facts are true and correct to the best of my knowledge on the penalty of perjury as follows:

3. On June 29, 2022, I mailed a certified copy of Alamin Samad criminal complaint Northern District Department of Justice hereafter known as DOJ.

4. The DOJ has refused to respond to any informal inquiries or phone calls or acknowledge receipt of the complaint or phone calls or acknowledge receipt of the complaint for the past three years.

5. The records of the phone calls I made can be found by requesting the phone records from my old phone carrier Metro PC, phone number, (702) 583-8960 via the Freedom of Information Act or its counterpart The Public Records Act and/or subpoena.

6. Attached hereto is a copy of the certified mail receipt 2-page verifying the date.

**RESPECTFULLY SUBMITTED:**

*Zena Green*

**ZENA GREEN**

**CONTATCT:** (279) 583-8960

Domestic Mail

For delivery information, visit our website at www.usps.com

Certified Mail Fee

$

Extra Services & Fees (check box, add fee as appropriate)

☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postage

$

Total Postage and Fees

$

Sent To

ATTORNEY Tom Colthrust

Street and Apt. No., or PO Box No.

Golden Gate Ave. Floor #

: **COMPLETE THIS SECTION**

ate items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S Attorney
Tom Colthrust
Northern District of Ca
450 Golden Gate Ave
floor #11 San Francisco Ca 94102

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 7230 1284 0545 01

2.
7021 2720 0001 4370

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)

Geoffrey         Dec (64

C. Date of Delivery

07/01/22

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery

☐ Registered
☐ Registered

| Product | Qty | Unit Price |
|---|---|---|

First-Class Mail®    1
Large Envelope
     San Francisco, CA 94102
     Weight: 0 lb 3.70 oz
     Estimated Delivery Date
        Fri 07/01/2022
     Certified Mail®

       Tracking #:

   Return Receipt

     Tracking #:
       9590 9402 7230 1284 0545

tal

and Total:

Card Remitted
Card Name: VISA
Account #: XXXXXXXXXXXX
Approval #:

## DECLARATION OF DIANE JOHNSON

1. My name is Diane Johnson,

2. I do solemnly swear that the following facts are true and correct to the best of my knowledge on the penalty of perjury as follows:

3. On April 27th, 2021, I mailed a certified copy of Derrick White criminal complaint to the Department of Justice central district hereafter known as DOJ.

4. The DOJ has refused to respond to any informal inquiries or phone calls or acknowledge receipt of the complaint for the past three years.

5. On August 6, 2024, I personally went to the DOJ's office and denied access or the opportunity to schedule an appointment to speak to a US attorney concerning Derrick White concerns as well as making phone calls unsuccessfully from the phone records can be easily obtained via the Freedom of Information Act or its counterpart The Public Records Act and/or subpoena researching the below phone number from mobile carrier AT&T, April 2021 to December 2024.

6. In December of 2024, Plaintiff Alamin Samad and I obtained the services of a process server where these efforts were unsuccessful as well, whereas stated above i.e., the DOJ did not respond in any form.

7. Attached hereto is a copy of the certified mail receipt verifying dates

8. I do solemnly swear under the penalty of perjury that the above stated facts are based on Experience and true knowledge to the best of my ability done on this, 26 day of July , 2025.

9. Attached hereto is a copy of the certified mail receipt and the Affidavit Of Service from the process server,

CONTACT : (424) 222-3754

RESPECTFULLY SUBMITTED:

DIANE JOHNSON

State of Nevada
County of Clark

Subscribed and sworn to before me
this 26 day of July 2025
by Diane Johnson

Notary Public

Christina Goss
Notary Public - State of Nevada
County of Clark
APPT. NO. 23-0647-01
My Appt. Expires June 1, 2027

## AFFIDAVIT OF SERVICE

| Case: | Court:<br>US Department of Justice | County: | Job:<br>12333306 |
|---|---|---|---|
| **Plaintiff / Petitioner:** | | **Defendant / Respondent:** | |
| **Received by:**<br>LawServePro | | **For:**<br>Alamin Samad | |
| **To be served upon:**<br>DOJ PUBLIC CORRUPTION DEPARTMENT | | | |

I, Robert Hall, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** DOJ PUBLIC CORRUPTION DEPARTMENT c/o Mark Doe, Front Desk Employee, 300 S. Spring Steet, Los Angeles, CA 90013

**Manner of Service:** Government Agency, Dec 18, 2024, 3:20 pm PST

**Documents:** LETTER RE: CRIMINAL COMPLAINT; CIVIL RIGHTS COMPLAINT FORM; CONTINUED FROM P.1; UNTITLED DOCUMENT; CIVIL RIGHTS COMPLAINT SUPPORT DOCUMENTS; LETTER TO EDDIE DUNBAR AKA ALAMIN SAMAS #E19313; COMPLAINT OF JUDICIAL MISCONDUCT; STATEMENT OF FACTS; COMPLAINT OF JUDICIAL MISCONDUCT EXHIBITS; CIVIL RIGHTS COMPLAINT FORM; CONTINUED FROM P.1; ORDER; UNTITLED DOCUMENT; CIVIL RIGHTS COMPLAINT SUPPORTING DOCUMENTS; LETTER TO DERRICK WHITE; COMPLAINT ABOUT A CALIFORNIA JUDGE, COURT COMMISSIONER OR REFEREE; COMPLAINT ABOUT A CALIFORNIA JUDGE, COURT COMMISSIONER OR REFEREE; COMPLAINT ABOUT A CALIFORNIA JUDGE, COURT COMMISSIONER OR REFEREE; MOTION TO SET ASIDE; EXHIBITS; ORDER, CIVIL RIGHTS COMPLAINT FORM; CONTINUED FROM P.1; UNTITLED DOCUMENT; SUPPORTING DOCUMENTS; LETTER TO JOHNNY LEON RICE; COMPLAINT ABOUT A CALIFORNIA JUDGE, COURT COMMISSIONER OR REFEREE; COMPLAINT ABOUT A CALIFORNIA JUDGE, COURT COMMISSIONER OR REFEREE; COMPLAINT ABOUT A CALIFORNIA JUDGE, COURT COMMISSIONER OR REFEREE; PROOF FO SERVICE BY MAIL BY PERSON IN STATE CUSTODY; LETTER TO MR. SCHWARTZBERG; LETTER TO JOHNNY LEON RICE; LETTER TO JOHNNY LEON RICE; ATTACHEMENTS/EXHIBITS; LETTER TO MR. JENKINS, UNTITLED DOCUMENT; CIVIL RIGHTS COMPLAINT FORM; ATTACHMENTS/EXHIBITS; COMPLAINT ABOUT A CALIFORNIA JUDGE, COURT COMMISSIONER OR REFEREE; VERIFICATION; COMPLAINT ABOUT A CALIFORNIA JUDGE, COURT COMMISSIONER OR REFEREE; LETTER TO DERRICK WHITE; UNTITLED DOCUMENT; SUPPORTING DOCUMENTS: ATTACHMENT/EXHIBIT; UNTITLED DOCUMENT; SUPPORTING DOCUMENTS; CORRESPONDENCE LETTER; VERIFICATION: ATTACHMENTS/EXHIBITS; MOTION TO SET ASIDE; ATTACHMENTS/EXHIBITS; RE: CRIMINAL COMPLAINT; VERIFICATION; NON-STATUTORY MOTION FOR RELIEF FROM JUDGMENT OR ORDER; SUPPLEMENTAL ATTACHMENT IN SUPPORT OF NON-STATUTORY MOTION FOR RELIEF FROM JUDGMENT OR ORDER; TABLE OF CONTENTS; VERIFICATION; POST DISCOVERY REQUEST; EXHIBIT A; VERIFICATION; REQUEST FOR INFORMAL RESPONSE TO MOTION FOR POST CONVICTION DISCOVERY; MINUTE ORDER; LETTER TO DERRICK WHITE; ATTACHMENTS/EXHIBITS; VERIFICATION; RESPONSE TO POST-CONVICTION DISCOVERY ORDER DATED 9/10/20 MOTION TO SET ASIDE ORDER; ATTACHMENTS/EXHIBITS

Additional Comments:
1) Successful Attempt: Dec 18, 2024, 3:20 pm PST at 300 S. Spring Steet, Los Angeles, CA 90013 received by DOJ PUBLIC CORRUPTION DEPARTMENT c/o Mark Doe, Front Desk Employee. Age: 50s; Ethnicity: Caucasian; Gender: Male; Weight: 180; Height: 5'7"; Hair: Gray; Eyes: Brown;

Served all documents on Mark Doe, who refused to provide his last name but stated that he was authorized to accept service on behalf of the agency.

Robert Hall, LA# 6932                    12-19-24
_____                 _____
Robert Hall, LA# 6932                    Date

LawServePro
8482 Fort Smallwood Road, B-110
Pasadena, MD 21122

Los Angeles, CA 90012

$3.60                          0306
                                 17
                        $0.00
                        $0.00       Pu....
                        $0.00
                        $0.00
                        $0.00

$2.20                    04/27/2021
$5.80

Clara Shortridge Foltz Criminal Justice Ctr
210 W. Temple St.
LA, CA 90012

**UNITED STATES**
**POSTAL SERVICE.**

```
            MEADOW MESA
       4904 CAMINO AL NORTE
     NORTH LAS VEGAS, NV 89031-9998
            (800)275-8777

04/27/2021                        10:10 AM

Product            Qty   Unit     Price
                         Price
                                  ----

First-Class Mail@    1            $2.20
Large Envelope
   Los Angeles, CA  90012
   Weight: 0 lb 6.20 oz
   Estimated Delivery Date
        Fri 04/30/2021
   Certified Mail@                $3.60
   USPS Tracking #:
   70201810000138157293
Total                             $5.80

Grand Total:                      $5.80

Debit Card Remitted               $5.80
   Card Name: Debit Card
   Account #: XXXXXXXXXXXX2004
   Approval #: 100190
   Transaction #: 166
   Receipt #: 047421
   Debit Card Purchase  $5.80
```

```
******************************************
USPS is experiencing unprecedented volume
     increases and limited employee
     availability due to the impacts of
COVID-19. We appreciate your patience.
******************************************
```

```
   In a hurry? Self-service kiosks offer
    quick and easy check-out. Any Retail
        Associate can show you how.
```

```
Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
   and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
            1-800-222-1811.
```

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

Earn rewards on your business account
purchases of Priority Mail labels
with the USPS loyalty program by
using Click and Ship. Visit
www.usps.com/smallbizloyalty
for more info.

NOW HIRING. Please visit
www.usps.com/careers to apply.

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



or call 1-800-410-7420.

UFN: 316201-0306
Receipt #: 840-58900363-5-6264537-2
Clerk: 17

# DECLARATION OF SHIRLEY SMITH

1. My name is Shirley Smith,

2. I do solemnly swear that the following facts are true and correct to the best of my knowledge under the penalty of perjury as follows:

3. On I mailed a certified copy of Johnny Rice criminal complaint to the Department of Justice Central District, hereafter to be known as DOJ.

4. The DOJ has refused to respond to the criminal complaint in any manner for the past three years.

5. I do solemnly swear under the penalty of perjury that the above stated facts are based on experience and true knowledge on the best of my ability done on this, 2 8 day of _____, 2025.

6. Attached hereto is a copy of the certified mail receipt.


**CONTACT:** (310) 735-2223

**RESPECTFULLY SUBMITTED:**

SHIRLEY SMITH

JOHNNY RICE

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*

Los Angeles CA 90014 OFFICIAL USE

| | | |
|---|---|---|
| **Certified Mail Fee** $3.75 | | 0006 |
| $ | $0.00 | 17 |
| **Extra Services & Fees** *(check box, add fee as appropriate)* | | |
| ☑ Return Receipt (hardcopy) | $ $1.65 | |
| ☐ Return Receipt (electronic) | $ $0.00 | **Postmark** |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | **Here** |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| **Postage** $2.56 | | |
| $ | | 05/04/2023 |
| **Total Postage and Fees** $8.16 | | |
| $ | | |

**Sent To** U.S. Attorney Mark Jenkins

**Street and Apt. No., or PO Box No.** 312 North Spring Street

**City, State, ZIP+4®** Los Angeles CA 90012

PS Form 3800, April 2015 PSN 7530-02-000-9047    **See Reverse for Instructions**

1
# UNITED STATES DISTRICT COURT

2
*for the*

3
## EASTERERN DISTRICT OF CALIFORNIA

4
(First and Fifth Amendment Violations-Bivens Action)

5
CASE:

6
## MEMORANDUM OF LAW IN SUPPORT OF COMPLAINT FOR

7
## DECLARATORY AND INJUNCTIVE RELIEF

8

9
**ALAMIN SAMAD,**

10
1.Plaintiff,

11
**DERRICK WHITE,**

12
2.Plaintiff,

13
**JOHNNY RICE,**

14
3.Plaintiff,

15
v.

16
**MARTHA BOERSCH, in her individual and official capacity,**

17
1.Defentant,

18
**MACK JENKINS, in his individual and official capacity,**

19
2.Defentants,

20
**JOHN DOES 1–10, in his/her individual and official capacities,**

21
3.Defendants.

22

1

# PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, DAMAGES, AND CLASS CERTIFICATION

## TABLE OF AUTHORITIES

### U.S. Supreme Court Cases

Ashcroft v. Iqbal                       556 U.S. 662 (2009)

BE & K Construction Co. v. NLRB              536 U.S. 516 (2002)

Bivens v. Six Unknown Named Agents            403 U.S. 388 (1971)

Bolling v. Sharpe                       347 U.S. 497 (1954)

Carlson v. Green                       446 U.S. 14 (1980)

Davis v. Passman                       442 U.S. 228 (1979)

Smith v. Wade                        461 U.S. 30 (1983)

### Federal Court of Appeals Cases

Arar v. Ashcroft                        585 F.3d 559 (2d Cir. 2009)

### Federal Rules

Fed. R. Civ. P. 23(a)              Rule 23(a), Federal Rules of Civil Procedure

Fed. R. Civ. P. 23(b)(2)              Rule 23(b)(2), Federal Rules of Civil Procedure

Fed. R. Civ. P. 23(b)(3)              Rule 23(b)(3), Federal Rules of Civil Procedure

Fed. R. Civ. P. 38(b)              Rule 38(b), Federal Rules of Civil Procedure

### Statutes

28 U.S.C. § 1331                  Federal Question Jurisdiction

2

1    28 U.S.C. § 1391              Venue

2    28 U.S.C. § 2412              Equal Access to Justice Act (fees)

3

1   I. INTRODUCTION

2   This memorandum is submitted in support of Plaintiff's civil complaint for constitutional

3   violations committed by the United States Attorney's Office for the [District], which, for over

4   three years, refused to process criminal complaints submitted by African-American

5   individuals—specifically including Plaintiff. The refusal occurred despite formal notice by

6   certified mail, personal service by process server, and numerous follow-ups. The conduct

7   violates the First Amendment right to petition the government and the Fifth Amendment

8   right to equal protection.

9   Plaintiff seeks declaratory and injunctive relief, compensatory and punitive damages against

10   individual officials, and class-wide redress under Bivens v. Six Unknown Named Agents, 403

11   U.S. 388 (1971).

12   II. STATEMENT OF FACTS

13   Plaintiff submitted multiple criminal complaints to the U.S. Attorney's Office concerning

14   alleged corruption and misconduct by judges. These complaints were:

15   - Properly served by certified mail with tracking;

16   - Personally served by licensed process servers; and

17   - Supported by follow-up calls, voicemail, and correspondence over a three-year period.

18   No response, acknowledgment, or investigative action was taken by the U.S. Attorney's Office

19   or its employees. On information and belief, complaints submitted by similarly situated non-

20   African Americans were processed, acknowledged, and in some cases, acted upon. This

21   demonstrates discriminatory enforcement of complaint intake procedures.

22   III. LEGAL STANDARD

23   A. Bivens Action Against Federal Officials

24   Though no statutory equivalent to 42 U.S.C. § 1983 exists for federal actors, the Supreme

25   Court in Bivens, 403 U.S. at 389, recognized an implied cause of action for damages against

26   individual federal officers for constitutional violations. This includes:

4

1    - First Amendment: Denial of the right to petition for redress of grievances;

2    - Fifth Amendment: Denial of equal protection under the law based on race.

3    Federal courts continue to allow Bivens actions where remedies are not otherwise available,

4    and where egregious conduct by federal agents causes constitutional harm. (See also, Davis

5    v. Passman, 442 U.S. 228 (1979); Carlson v. Green, 446 U.S. 14 (1980).)

6    B. Supervisory Liability

7    Supervisory officials may be held liable under Bivens where:

8    - They personally participated in the unconstitutional conduct;

9    - They knew of the conduct and failed to act; or

10    - Their policies or customs caused or perpetuated the misconduct.

11    (See Ashcroft v. Iqbal, 556 U.S. 662, 676 (2009); Arar v. Ashcroft, 585 F.3d 559 (2d Cir. 2009).)

12    C. Class Action Requirements

13    Under Fed. R. Civ. P. 23(a) and 23(b)(2), a class may be certified where:

14    1. The class is so numerous that joinder is impracticable;

15    2. There are common questions of law or fact;

16    3. The class representative's claims are typical; and

17    4. The representative will protect the class fairly and adequately.

18    Plaintiff satisfies Rule 23 because numerous African-American complainants were subject to

19    identical non-response procedures, and their constitutional injuries stem from a centralized

20    policy of discriminatory inaction.

21    IV. ARGUMENT

22    A. First Amendment Violation

23    The right to petition the government for redress is foundational. When government officials

24    refuse to process legitimate complaints without cause—especially where race appears to be

25    a motivating factor—this right is nullified. (See BE & K Const. Co. v. NLRB, 536 U.S. 516

26    (2002).)

5

1   B. Fifth Amendment Equal Protection Violation

2   Though not explicit in the Fifth Amendment, the Supreme Court has recognized an "equal
3   protection" guarantee against federal discrimination. (See Bolling v. Sharpe, 347 U.S. 497
4   (1954).)

5   The disparate treatment between complaints submitted by African Americans and those
6   submitted by others—where only the latter were processed—is facially discriminatory and
7   unconstitutional.

8   C. Supervisory Liability Justifies Personal Damages

9    Supervisors who condone, ignore, or implement policies that result in unconstitutional racial
10   discrimination can be held liable under Bivens. The deliberate failure to supervise
11   subordinates who conduct discriminatory complaint suppression supports punitive
12   damages.

13   D. Punitive Damages Are Warranted

14   Punitive damages may be awarded where officials act with "reckless or callous indifference"
15   to constitutional rights. (Smith v. Wade, 461 U.S. 30, 56 (1983).) Here, the longstanding
16   refusal to process complaints served through multiple channels—despite repeated notice—
17   demonstrates deliberate indifference or malice.

18   E. Injunctive and Declaratory Relief Are Appropriate

19   Because the discriminatory policy remains in effect, Plaintiff and class
20   members face ongoing harm. Declaratory relief will state the
21   unconstitutionality of Defendants' conduct. Injunctive relief will compel
22   the office to adopt non-discriminatory procedures and oversight
23   mechanisms.

24   V. DECLARATORY RELIEF PURSUANT TO UNIFORM BONDING CODE §
25   5.2.

26   The plaintiffs seek declaratory relief under the Uniform Bonding Code § 5.2, which offers a
27   mechanism for holding bonded public officials accountable for constitutional violations.

6

1   Defendants, as public officials, are presumed to be bonded. Plaintiffs seek a court order that
2   bonding information be shown in discovery, enabling later bond claims. This supports fair
3   and financial accountability in future proceedings.

4

## 5   VI. CONCLUSION

6   For the reasons stated herein, Plaintiff respectfully requests that the Court:

7   - Deny any motion to dismiss;

8   - Grant class certification under Rule 23;

9   - Issue declaratory and injunctive relief;

10   - Award punitive damages against individual Defendants;

11   - Allow discovery to identify John Doe Defendants and internal policies; and

12   - Set the matter for a jury trial on all triable issues.

13   Respectfully submitted,

14   **ALAMIN SAMAD**, Pro Se
15   59 W. Lincoln Ave. Apt. 203
16   Woodland CA. 95695
17   (916) 720-1674
18   **E-Mail**: ased1958@gmail.com

19   Dated: [Insert Date]

7